

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-59,552-03

**IN RE RUBEN GUTIERREZ, Relator**

### ON MOTION FOR LEAVE TO FILE APPLICATION FOR WRIT OF MANDAMUS AND APPLICATION FOR WRIT OF MANDAMUS IN CAUSE NO. 1998-CR-1391-A IN THE 107TH JUDICIAL DISTRICT COURT CAMERON COUNTY

*Per curiam*.

### O R D E R

We have before us a motion for leave to file an application for a writ of mandamus and an application for a writ of mandamus. In April 1999, a jury convicted Relator of the offense of capital murder. In May 1999, the jury answered the special issues submitted pursuant to Texas Code of Criminal Procedure article 37.071, and the trial court, accordingly, sentenced Relator to death. This Court affirmed Relator's conviction and sentence on direct appeal. *Gutierrez v. State*, No. AP-73,462 (Tex. Crim. App. Jan. 16,

2002) (not designated for publication). This Court denied relief on Relator's initial post-conviction application for a writ of habeas corpus. *Ex parte Gutierrez*, No. WR-59,552-01 (Tex. Crim. App. May 14, 2008) (not designated for publication). This Court also dismissed a subsequent post-conviction application for a writ of habeas corpus. *Ex parte Gutierrez*, No. WR-59,552-02 (Tex. Crim. App. Aug. 24, 2011) (not designated for publication).

Relator is set to be executed on October 30, 2019. He has now filed a motion for leave to file an application for a writ of mandamus and an application for a writ of mandamus in which he challenges the validity of the execution warrant issued in his case.

Before this Court makes a decision on Relator's motion for leave to file, the Court would like the Respondent, the Honorable Benjamin Euresti, Jr., Judge of the 107th Judicial District Court and the Honorable Eric Garza, District Clerk of Cameron County, to provide this Court with a copy of the Warrant of Execution issued by the clerk and delivered to the Sheriff of Cameron County and tell us whether the warrant issued with the required seal of the court affixed. Because the impending execution date is quickly approaching, the judge and the clerk have seven (7) days from the date of this order to comply with this Court's order and to file any other response to Relator's pleadings. No extensions of time will be entertained.

IT IS SO ORDERED THIS THE 11th DAY OF OCTOBER, 2019.

Do Not Publish